# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**SARAH K.,**

    **Plaintiff,**

    v.                               Civil Action 3:23-cv-220
                                      Magistrate Judge Elizabeth P. Deavers

**COMMISSIONER OF**
**SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This matter comes before the Court on the parties' Joint Stipulation for an Award of Attorney's Fees Under the Equal Access to Justice Act. (ECF No. 10.) The parties jointly stipulate and petition this Court to enter an award in the amount of $900.00 and no costs to the Plaintiff, which will satisfy all of their claims for fees, costs, and expenses under the EAJA that may be payable in this case.

After this Court enters the award, counsel for the parties shall verify that Plaintiff owes no pre-existing debt to the Government subject to offset; then, Defendant agrees to make the award payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff.

In light of the foregoing, this Court **GRANTS** the parties' Joint Stipulation to award Plaintiff attorneys' fees in the amount of $900.00 and no costs.

    **IT IS SO ORDERED.**

Date: December 15, 2023                          /s/ *Elizabeth A. Preston Deavers*
                                                         ELIZABETH A. PRESTON DEAVERS
                                                         UNITED STATES MAGISTRATE JUDGE